# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2004

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Charles D. Young                                    Plaintiff

    Vs.      No.____**5 - 0 4 - C V - 2 3 3 GH**____

City of Little Rock                                 Defendants
County of Pulaski
Pulaski County Prosecuting Attorney's Office
Probation Office; J.C. Smith, Probation Officer
Jana Pinkston, Lea Ellen Fowler, Attorney-at-Law
Other as Yet Unidentified John Does

This case assigned to District Judge *Howard*
and to Magistrate Judge *Cavaneau*

## Information / Complaint

    Comes now the Plaintiff, Charles D. Young, Personally and "Pro-se," and for his complaint hereby states:

**2**

v. file to Clerk
UNDER FRCP

Young vs City of Little Rock

This Newly Filed Case is FCO
Co-Related to another case in
this Circuit — PLEASE See:

Young vs. Norris
5: 04-CV-076

Submitted under the Federal Rules
of Civil Procedure.

Charles D. Young "Pro Se"

NOTICE TO CLERK
PURSUANT TO FRCP

YOUNG VS. City of Little Rock, ET AL

This Case is Being Sent to the U.S. District Court FOR FILING. NOTICE is Hereby Given that the Hon. Susan Weber Wright is A Potential Witness in this Case.

Depending on the Defenses Raised by any one, or all, Defendants She May Be called as a Witness.

Should She Be assigned By the Case By Random Draw, By this Notice The Plaintiff asks that Another Random Draw take Place.

Respectfully Submitted:

Charles D. Young

In this Case, the Plaintiff has always Maintained His "actual Innocence".

It is Very Clear that Pulaski County Circuit Court Case CR-2000-2532 got "completely out of Hand" FOR all Parties Concerned.

The Plaintiff Charles Young Initially turned to local authorities for Help with his "Drug Addicted" "Drug Selling" Daughter.

In His Own Way, as a Former Pulaski County Deputy Sheriff, he Began Keeping Close Tabs on His Daughter. By Doing this He Began to Expose a "Meth, Crack, and other Drug Network"

In One of Her More Lucid Moments, In 1997, Regina Padgett and Her Father (me), Discussed getting Her Free From the Drug World.

That was the greatest Reason for Charles Young Filing a Dependency Neglect Petition in Juvenile Court, against her.

Between DHS and LRPD Drug Officers, Charles Young was Convinced that Regina Could Be Saved.

Charles Young Also Believed that His GrandChildren Would Remain "In the Family".

Heart Problems and Double By Pass Heart Surgery — And The Fact that, very, very Quickly the Entire Young HouseHold, GrandChildren Included, Were Threatened With Death — Changed all of that.

Regina told her father she was afraid of Being Killed if He Didn't "Back OFF" — Charles Young Refused to Do that, and then the "RAPE" Story appeared.

FAST FORWARD Past the Trial of 7-17-2001.

After Charles Young Came to ADC, in July 2003, Angela Young Filed For Divorce — In that Proceeding Angela Young's attorney Disclosed that Regina Had Gotten Worse — More Drugs —

More Accusations of RAPE By Numerous
Men — More Theft — Angela Young
was Now Afraid of Her Own Daughter.

Given the Entire Circumstances of this
Case, the Justice System Broke Down
Very Badly.

Charles Young trusted Judge John Langston
and Prosecutor Larry Jegley Because
He was a Former Deputy
Sheriff For Pulaski County.

He Trusted Lea Ellen Fowler, Atty
Because She Was a Former Prosecutor.
All of these People Should Have
Seen through the Smoke and
Mirrors, On this Case.

Charles Young Claims Violations Under
42 U.S.C. 1983 — Under the 4th
5th, 6th, 8th and 14th Amendments
to the U.S. Constitution.

Charles Young is Filing this Case "Pro Se" and Concedes that all of the I's and T's May Not Be Dotted or Crossed.

He is Filing this Case on the Advise of: CIVIL Rights Division of the U.S. Justice Dept. — HIS ADC Case Manager — HIS ADC Mental Health Counselor — The ADC Attorney For INMATES.

The Next 34 Pages, Outline Events in Chronological Order, Based On Conversations ~~taken~~ @ that Have taken Place in 2002, 2003, and 2004.

Please turn the Page



On or about January 6th 2000 the Plaintiff was Summoned to the Office of J.C. Smith and Served Papers Regarding Hot Checks, The Plaintiff was given a Court Date of January 20 2000 to Appear in Sherwood District Court.

On or about. January 16, 2000 the Plaintiff went Back to J.C. Smith's Office to obtain a travel Permit. J.C. Smith was not Available, So the Plaintiff Met with, Jana Pinkston. The Plaintiff obtained a travel Permit to go to Russellville, AR for an Employment Interview — This Interview was on January 19, 2000.

On January 19, 2000 the Plaintiff went for an Interview to Russellville, AR — During His absence, J.C. Smith and Jana Pinkston Made an unannounced and Warrantless Search of the Plaintiff's Residence, and Terrorized the Plaintiffs Family — Jana Pinkston Definiately Knew the Plaintiff was not there — and J.C. Smith Should Have Known, — Based on the Facts.

Listed Above. When Charles Young Returned Home Hours Later He was Summoned to J.C. Smith's office.

Upon arrival at J.C. Smith's office on January 19, 2000 Charles Young was Immediately arrested For a "So called" Probation Violation. — Without advising Charles Young of His Miranda Rights J.C. Smith immediately launched into Accusations that Charles Young RAPED Regina Osburn (his Daughter) Charles Young Protested his Innocence to No Avail and J.C. Smith Made the Following comment:

"If you Do Not Tell Me what I want to Hear, I will Violate your Probation and you will go to Prison for 20-30 years, and when they Found Out you are a Baby RAPER, With Your Bad Back and Other Problems, You'll get "Fucked Good"

That Statement will Forever Be with the Plaintiff.

Because of Charles Young's arrest on 01-19-2000, He was not able to attend His Sherwood Court Date, Set for 1-20-2000.

J.C. Smith and Pulaski County Jail officials knew of Charles Young's Court Date in Sherwood on 1-20-2000 yet Failed to transport him for his court Appearence — Because of this Failure, Charles Young was Denied His "Due Process" Rights to appear and Defend Himself in Court.

Because Charles Young Did Not Appear in Sherwood Court, the Charges were Waived to Pulaski County Circuit Court and Given A Case Number of CR-2000-232.

So Now the Plaintiff has Been Denied the Opportunity to "Pay His Checks Off" at the District Court Level, thus Avoiding a Felony Conviction, which is an "Equal Protection" claim under the U.S. Constitution.

J.C. Smith, at this Point is using My 1-6-2000 arrest for "Hot Checks" to try and Violate my Probation For Case # 99-282.

Based on his "pschological Battering" of the Plaintiff, and the "terrorizing of his Family" on a Warrentless Search, the Plaintiff Wrote a Statement claiming that he had Sexual Contact with his Daughter in 1991. — I went to Jail and Waited For an appearence in Court.

I appeared in Court and the Probation Violation for Case # 99-282 was Dropped, or J.C. Smith Never Filed it, the Plaintiff Does Not Know which occurred. — However He was able to ascertain that Pros. Atty Melanie Martin Signed the Warrant to Arrest Charles Young on 1-19-2000 — IN FACT IT WAS NOT Signed Prior to Charles Young's arrest — J.C. Smith arrested Charles Young @ the Little Rock Probation Office — JANA Punkston Being Present Also — Drove to the Pros.

Atty Office and Had Melenie Martin
Sign the Warrant, then Drove Directly
to the Pulaski County Circuit Clerks Ofc
and Filed the Warrant — Charles
Young was "Under Arrest" and Handcuffed
In the front Seat of J.C. Smith's
Car when this Was Done. — Then
He was carried to jail.

On or about January 26, 2000 Charles Young
Reported to his Probation Officer, J.C.
Smith, and He Questioned Charles
Young, as to whether Little Rock
Police had Been in touch with him
and He replied "Not Yet". J.C. Smith
then informed Charles Young, that if
He (Charles Young) Did Not Call the
Little Rock Police Department and talk
to Detectives, that He (J.C. Smith)
would Violate his (Charles Young's)
Probation again for "Failure to Co-
operate with the Police.

Charles Young made that call on/or
about February 7, 2000, to keep
from Being Re-Arrested.

While Charles Young's "Written Statement" to J.C. Smith was Not used @ trial His February 7, 2000 telephone call was. (TAPE WAS PLAYED IN A MOTION TO Supress Hearing.)

The Motion to Supress was taken under Advisement — In the Mean-Time, ~~EEC~~ (?) Lea Ellen Fowler, the Attorney appointed to Charles Young — and Charles Young argued Over the Statue of Limitations Being Expired.

In May of 2000, LRPD Detective Mechelle McGregor Served Charles Young a Search Warrant for DNA Blood Tests.

On 6-1-2000 Charles Young was arrested By LRPD Detective McGregor on Rape and INCEST Charges and Jailed in Pulaski County.

On August 25, 2000 Charles Young was Released on Recognizance Bond. Between 8-25-2000 and 11-3-2000 Little or No Contact with Lea Ellen Fowler.

On Nov 3, 2000 Charles Young entered a Change of Plea to "Not" Guilty by Reason of Mental Defect"

This Plea was entered upon the advice of Counsel, Due to the Fact Charles Young had a 3 Minute Conversation with Lea Ellen Fowler, in which he stated:

"I Don't Know how Much More Pressure I can take"

Charles Young was Incarcerated again on November 3, 2000, to December 21, 2000 On December 21, 2000 Charles Young was Released From Jail and a hearing was Set For 4-2-2001 — From December 21, 2000 to 4-2-2001 No Contact with Lea Ellen Fowler.

On 4-2-2001 "Motion to Supress Hearing is Held — Court takes Motion under Advisement — Trial Date Set 7-17-01 4-2-01 TO 7-17-01 — No Contact with Lea Ellen Fowler.

On 7-17-2001 Charles Young appeared For Court, With his ex-SON-IN-LAW, William Padgett expecting 23 Defense Witnesses' and a trial.

When Charles Young arrived at Court, he was advised By his attorney Lea Ellen Fowler, "I've got you a Plea Deal For 10 years, Take it Before you get life" — Charles Young was given 20 minutes in the CourtHouse Hall to Make up his Mind.

Lea Ellen Fowler made No Effort to Investigate this case — Made No Effort to get Defense Witnesses' to trial — Charles Young accepted 10 years — TO Survive and Fight another Day. ~~Fight another Day~~

## Part II

On 7-17-2001 Charles young was Jailed and Remained in the Pulco Jail Until 9-10-2001

Upon Arriving at the Pico Jail, Charles Young was Discussing an appeal of his case with Sgt. Yates and Sgt. McCray — On 7-19-2001 Charles Young was Served with an arrest Warrant. For Violation of His Probation on Case # 99-282.

On/or About August 1, 2001 Charles Young wrote Lea Ellen Fowler Regarding an appeal of His Case. — He recieved No Answer.

On September 7, 2001 Charles Young was Served with an arrest Warrant for Violation of his Probation on Case # CR-2000-232.

The Message to Charles Young was Very Clear — Shut up or you'll get More time.

On 9-10-2001 Charles Young was transferred to the Arkansas Department of Corrections Even though He Notified Sgt. Altus, or Alus @ Pico Jail of the 2 recently Served Warrants.


(10)

From 9-10-2001 to December 4, 2001 Charles Young was Completely Indigent, and unable to Pursue Matters.

In January 2002 Charles Young was Interviewed by the RSVP Sex program Counselor, For Admittance to the Program. At this time, Charles Young was Given A Copy of His Commitment Order, and Shown that He was Locked Up FOR:

"1 Count of RAPE — OFFENSE DATE September 3, 1983"

The RSVP Counselor then Discussed How the Crime was 18 years old and How it was "too old For the RSVP Program". The Counselor wanted Charles Young to "Defer to the Parole Board to see if they want you to take the Program."

Charles Young was Placed on a Waiting list, by "Forcing the Issue" in March of 2002.

Also In March 2002 Charles Young wrote:
(A) U.S. Justice Department (B) AR Dept.
of Corrections Attorney For INMATES
(C) Lea Ellen Fowler, Atty-At Law. and
(D) The Pulaski County Prosecuting Atty
Office. again.

In April 2002 the U.S. Justice Dept.
Civil Rights Division Confirmed that
Charles Young was Correct in 2001 On
the Statue of Limitations Question, and
Charles Young talked to the ADC
attorney For Inmates, Ms. Draper.

Ms. Draper Advised Charles Young on A
"State Habeas" Petetion, But She advised
that She Could Not assist the
Plaintiff Charles Young Because His
Law Suit Would Be ~~against of~~ against
Her Boss Larry Norris. — This Would
Be a Conflict of Interest.

Charles Young Filed his "State Habeas"
on/or about 4-25-2002, He also
Notified Pros. Atty Larry Jegley of
the 2 Outstanding Warrants that
were Served on 7-19-2001 and

9-7-2001. — Amy Reed of AR Dept. of Corrections Records Showed that Charles Young was Still On "No Bond" On those 2 Warrants, as of June 2002.

On July 25, 2002 Pulco Judge John Langston Denied the State Petition, By Saying it Lacked "Merit". — Charles Young Filed an appeal on this Decision with the AR Supreme Court.

Charles Young Appealed the Above Decision to the AR Supreme Court and they Replied on/or about 3-6-03 that the case was Dismissed as Moot Because Judge John Langston Did Not have jurisdiction to Decide The Case. — The AR Supreme Court — OR Any Other Court For that Matter has Never Decided the Case on IT'S MERITS.

Charles Young contacted the U.S. Justice Department, Civil Rights Division, AGAIN in March of 2003. Also in March 2003, Based On the Above listed Fact's, Charles Young was taken to

AR Dept. of Corrections, Tucker Unit RSVP
Program. — He Stayed One Day — He
was Returned to JCCF Unit on 3-26-03.

Two Reasons Were Given: (A) The Victims
Statement, Combined with Drug Use, and
Possible Hallucinations Make the Likely
Hood of an "Actual Crime" Being Committed
Highly Suspect, and (B) Your Crime, Even
if it is true, is too Old For you to
take the Program. — Correctional Medical
Services also Informed AR Dept. of
Corrections that my "Medical Needs"
and "Medical Status" Would Prevent
Charles Young from Staying @ Tucker Unit

Charles Young wrote his attorney, Lea
Ellen Fowler, Repeatedly in 2001, 2002,
and 2003 and Never Recieved any
Reply. She just "Dumped" Her
Client On/or About 7-17-2001. ADC Attorney
for INMATES, Ms. Draper, Advised
Charles Young, that For Lea Ellen Fowler
to get off his case, was/or is with
Written Court Permission. — To this Day
Charles Young has Recieved No Such
Notice.



From 07-17-2001 To the Current Date,
Charles Young has operated "Pro Se"
in all Matters, Due to Lack of
Access to an attorney.

Charles Young hereby Incorporates Young
vs Norris — A federal Habeas Petetion —
Case # 5:04 CV-76 — as Part of this
complaint by Reference.

From April 2003 to August 2003 — No
Communications Regarding any of these
Matters, was Recieved by Charles Young.

In August 2003 The U.S. Justice Depart-
ment, Civil Rights DIVISION Confirmed that
"Iron Clad, In Disputable, Undeniable,
Proof" was on File With Mr. Steve
Sipes, Domestic Relations Circuit Clerk,
that the Statue of Limitations on
Charles Young's Rape charge was
totally Expired in 1999.

~~There~~ @ Their Information is as
Follows :



(A) On July 13, 1993, Regina Young, Padgett, Osburn (the Victim) was Married to William Padgett in Greenville, MS

(B) Under AR A.C.A. Law 9-11-107 this Marriage was legally Recognized by the State of AR, under 9-11-107(A), on July 13, 1993.

(C) Under AR A.C.A. Law 9-11-502 – A Married Woman (Minor) has her Disabilities Removed upon Marriage. ~~ACA 502(~~ C) AR A.C.A. LAW 9-11-502 Section (B) goes even Further: "IT IS the express intent of the Legislature to Remove ALL Disabilities of Married Women.

(D) Given the above Listed Facts, (A THRU C), Regina Osburn (the Victim) Reached Her age of Majority on July 13, 1993, as a Matter of Statutory Law.

(E) Reaching the Age of Majority and Reaching the age of 18 are One and the Same thing, as a Matter of Law.

(F) Even if the Pulaski County Pros. Atty Relies on AR A.C.A. Law 5-1-109(H) as his Charging Authority in Case CR-2000-2532, the Statue of Limatations Began Running on July 13, 1993 and Clearly Ended on July 13, 1999.

(G) The U.S. Justice Dept. Civil Rights Division also Furnished Information that the U.S. Supreme Court issued a Mandate "that States cannot Prosecute Sex Crimes that are Decades Old." See Stogner vs California, issued on June 26, 2003.

Given the above listed Facts, Charles Young is entitled to an absolute and total Bar to Prosecution as of July 13, 1999.

This of Course Means that Everything Done from January 6, 2000 to July 17, 2001 was Unconstitutional.

(A) J.C. Smith's arrest on/or about January 19, 2000 was illegal under Several AR Statues, as well as U.S.

Constitutional Law.

(B) The Little Rock Police Department was completely Without jurisdiction to Investigate this Matter in 2000.

(C) Little Rock District Judge Lee Munson was Without jurisdiction to issue Any Warrants

(D) Pulaski County Pros. Atty Larry Jegley was without authority to file a Felony Information in July 2000

(E) Pulaski County Circuit Court – 4th Division Judge John Langston – was without jurisdiction to try the ~~Defendant(s)~~ Plaintiff Charles Young on case # CR-2000-2532. As a result the Court was Without jurisdiction to enter into any Plea agreement.

(See Continuation of Complaint) (under Seperate Binding or Staple.)

(18)

Pulaski County Prosecutors Knew that
Regina Young, AKA Regina Padgett, AKA Regina
Osburn, AKA Regina Matthews, WAS/AND/IS
a "Drug Addict" A "Drug INFORMANT" and
Federal Authorities also state that she
was also Involved in the Sex Scandal
that Caught Pulaski County Circuit Judge
Marion Humphrey's Baliff, and Pulaski County
Authorities Knew it.

PUCO Assistant DA even went so far as to
alledge that "Charles Young Pled Guilty
to RAPE occuring Between 09-03-1983 thru
09-03-1995" (Asst DA JENNA Notto)

Nothing Could be Further from the
truth, Charles Young had Medical
problems, which caused IMPOTENCY Since
1981.

In January 2003 Information Surfaced that
Harold Madden, a Former North Little
Rock Attorney, Now DisBarred For a
Charge of "Misprison of A Felony", shared
and/or Furnished an Apartment on Chenal
Parkway or Rock Creek Parkway, in
which He Had "Sex Parties" and Made

(19)

"Meth" with Regina Padgett. LRPD Drug Officers even called Charles Young in the Middle of the Night to Pick up his 3 Minor Grand Children after a RAID, Charles Young thought that the Apartment Belonged to his Daughter.

With Harold Madden Involved, He could have "Coached" Regina Padgett in Any thing she Needed to tell Mechelle McGregor, to Convince her that Regina Had Been Molested as an Early Child.

One of the Most "Damning" things that Charles Young is Going to Have to live with is that he heard his Daughter state, at the age of 11, "I wish I had Parents that had legs" (Charles and Angela Young Both Have) (Cerebral Palsy)

Regina introduced her Parents to Joe and Kala Jean Miller, who Became Surrogate Parents, They Could SKATE, Play Base Ball, They had a "Swimming Pool — THEY Could Do Everything Charles & Angela Young Couldn't Do.



(20)

Charles Young Never Knew Kala Miller
Made any Statement to LRPD. Had
He Known, He is Sure LRPD Would
have given LRPD permission to
get into 2 different Juvenile Cases,
In Which it was Disclosed that
Regina Padgett was Deeply Involved
in a "Love Triangle" with Both Joe
and KALA Miller, One of the Causes
of Regina & William Padgett's Divorce,
was the Fact that:

"William Padgett and Anthony Dennis Padgett
were Watching a Video tape of Bonanza
in the VCR. Right in the Middle of
the Show, the tape Switched to Joe
Miller Naked on a Bed, KALA Miller
and Regina Padgett walk into the Picture
and Commit Several Sex Acts on Joe
Miller, then He Commits Several Sex
Acts on Both of Them, One at a Time,
Then Joe Miller Backs off and Watches
as KALA Miller and Regina Perform
Several Sex Acts on each other."

Any Competent Law Enforcement Officer
Using Due Dilligence, Could have Seen

(21)

Problems with this Case. Charles Young
also Wanted to call Pulaski County
Circut Judge Joyce Williams - Warren
to the Stand in His Trial, In
Cases JJN-97-2322 and JJN-98-034,
Judge Warren Heard Testimony, Including
Testimony that Charles Young allegedly
Raped and Molested ~~Molested~~ Regina
Padgett, Judge Warren's Official
Findings Were:

"The Court has listened to the Mother,
and has given this Mother Multiple
Chances to Redeem Her Self, However
the Court Makes an official Judical
Finding that She Would Not Know
the truth if She was Innoculated
With it"

Charles Young and ~~their~~ Angela Young were
Both a Party, to Both Cases Listed
Above.

The Opens up a "Double Jepordy"
Question on 3 fronts:

① Why Didn't LRPD Investigators Uncover this Information by a Complete Investigation?

② Why Didn't the Pulaski County Pros. Atty office Uncover this information? Melenve Marty and Other "Drug Court" Prosecutors Knew of this, Because it was Part of their Prosecution File When They Prosecuted Regina Padgett on Drug Charges with Husband in 4th Division Circuit Court. (Phillip Osburn)

③ Why Didn't Charles Young's Attorney, Lea Ellen Fowler Develop this Information? She Knew that Both the Public Defenders Ofc and the Conflicts Ofc had a conflict of Interest in this case, Both offices had Employees that were going to testify For Charles Young — Thats Why She Was Originally Appointed.

There are So Many Civil Rights Violat ions in this case, that there is "No Doubt" of "Reasonable Doubt" of Charles Youngs Guilt on RAPE Charges.

(23)

Lea Ellen Fowler is Named as a Defendant in this Case Because She was Charles Yang's court-appointed attorney, and given the above listed facts, She did not give the Reasonable ~~top~~ ④ Competence and effective Assistance of Counsel in this case.

However, Charles Yang Must Submit to the court what Her Culpability is, Being appointed by Pulaski County, Pulaski County and its Quorum Court Must Share the Burden. PUCO's Failure to "Adequately Fund" her office Raises "Due Process" and "Equal Protection" Claims — Private Attorney John Hall told Charles Yang "For $40,000⁰⁰ I Can make this case go away" — If Lea Fowler Would Have Gotten $40,000⁰⁰ in Funding, what Would Have Happened?

(The Next Portion of this Case is)
(Submitted Under Seal to protect)
(Certain Parties (Juveniles))

YOUNG

VS.

City of LITTLE Rock, ET AL

This Portion of the Case is Submitted under Seal to Protect Some Juveniles Involved — It is also Under Seal to Protect a Possible Current Investigation.

Charles Young
"Pro Se"

Charles Young Recieved Information that
Regina Osburn, Harold Madden, and
Others Hooked Back up After Charles
Young was Incarcerated.

They Moved their Base of Operations
from Pulaski County to Faulkner
County — Regina Switched Her Name
to "Regina Matthews" and Moved
to Mayflower — Harold Madden Moved
just up the Road to Conway, AR.

Drugs are Continuing to Run thru: Little
Rock, Conway, Mayflower, El Paso,
Beebee, Searcy, Judsonia, North
Little Rock, Redfield, (all in AR)
thru this operation.

One of the Conduits of the Distribu-
tion is Harold Madden, with his Job
at Northside Motors in North Little
Rock, AR — Chuck Haney is also
Involved.

Regina Matthews and Steve Matthews
are or Were Aiding in the Distribution
By Driving a Truck Cross Country.

(25)

The Courts Need to Realize that Charles
Young, (A) Went to LRPD and exposed
Regina's Drug Activity and asked For Help.
(B) He personally Filed Case # JJN-97-2322
Dependency Neglect Petition against Regina
to force Her to take Care of Her 3
Children, As a Result She Lost Anthony
Dennis Padgett, Brandon Lee Padgett, and
Alexander William Padgett to Adoption. (C)
by her Own Admission, Regina Padgett was
using Drugs, up to and all the way
thru 1999; How Much of her statement
to LRPD on the Rape Charges was: (A)
a Hallucination Due to Drugs (B) "Coached"
by Harold Madden, a Former Attorney and
(C) "Coached" by Joe and Kala Miller to
protect their "Love triangle"?

The Plantiff's GrandSon Anthony Dennis
Padgett, was Somewhat exposed to
all of this activity Prior to going
into Foster Care, Due to this FACT
What testimony or Evidence Could
He have Presented On Behalf of
His Grandfather?


Because of Anthony Dennis Padgett's Adoption, and the termination of Charles Young's Grand Parent's Rights, he was Unable to call Him as a Witness — Even though Charles Young was Initially Responsible For the Retetion or Removing the Children from their Mother's Care, He Did Not ~~Forfert~~ ❌ Forfert his Rights to have LRPD interview Him (Anthony), Nor Did He Forfert his Right to Call Anthony as a Witness in His Rape Trial. But these Juvenile Records are/were Sealed. This Raises a "Due Process Rights" and "Equal Protection" Rights Claim.

After Charles Young was Incarcerated, He was Notified that His Guardian Ship Son, Benjamin James Crowson, (BJ) had Leveled "RAPE" Charges against Regina Padgett Osburn, and her current "Live In" Boy friend Steve Matthews.

Charles Young was Charged upon his Daughter's Word, Yet Authorities Declined to Prosecute or Charge Regina or Steve, Based on BJ's Word — THIS Raises an Equal

Protection Claim For Charles Young and also
Raises a "Vindictive and Malicious Pros-
ecution" Claim against the Prosecutors
Office Its-Self.

( This Concludes the "Sealed" Portion )
( of the Plaintiffs Claim )

Please Continue to Page 28

Regina Padgett was also Known to Frequent
The Little Rock River Market, Where her
Mother, Angela Young Ran a News Stand.
In 1999 Charles Young was Charged With
Theft of Property Because Some $9000.00
Was Missing from "River Market Amphi-
theater" Ticket Sales — The Case,
99-282, was Investigated by LRPD
Detective Clem Pampeneau — He refused
to Consider that Regina Padgett was
"Raiding the Register Daily, to Support
her Drug Habit — FBI and Drug En-
forcement Investigators have Confirmed that
Regina Spent Over $33,000.00 During this
time Period, yet She Had No Job, and
She Never Filed Taxes On It. — The
News Stand was Started For the Exact
Purpose of getting Angela Young Gain-Ful
Employment — Charles Young had "a
Passive Role" In the Store — Angela
Young was Under Mental Health Treatment
at the time, and Could Not, or Would
Not, Assist Charles Young in this Matter,
Since LRPD Would Not Investigate this
Matter Properly and Was More Interested
in Protecting the New River Market
From Bad Publicity, than Seeking

Actual Justice, Charles Young's Civil Rights Under "Equal Protection", "Due Process" and "Freedom From Cruel and Unusual Punishment" — (I.E. having to turn in his Own Daughter for theft) were Violated.

Through Out this Complaint, Charles Young has attempted to Show a Pattern of Conduct and a Conspiracy by Regina Padgett Osburn and her Drug Partners, to Deny Charles Young his Civil Rights, To Incarcerate Him at any/all Costs, in Order to Protect Her Drug Activity; and to Seek Retaliation for Her Losing Her Children.

After Charles Young was Incarcerated He Signed a Power of Attorney to Angela Young, His Wife, this was Signed Because Angela Young was Supposed to file a Stolen Auto Report.

Regina Osburn Stole a Geo Prism, Bearing AR Lic FBA 419 (I think), this car was left in the Care, Custody, and Control of Angela Young when Charles Young was Incarcerated.

The Car Lot Where the Vehicle Was Purchased Even Had Angela Young Sign Papers to take Over Payments, But Regina Kept the Car.

Regina Osburn and Steve Matthews are also Suspects in a Residential Burglary at 6908 Grace Rd - Little Rock, AR, In Which a "Ham Radio - 2 meter, 440 Meter, Dual Band and a Computer Tower and Parts, Valued at Over $1000⁰⁰ was Stolen — This was My House — Burglary Occurred 2 days after Charles Young was Jailed.

LRPD Never Charged Regina for either Incident, Nor Did they Interview Charles Young and Properly Investigate these Matters. — Even though Charles Young is Incarcerated, He hasn't given up his "equal Protection" Rights or His "Due Process" Rights in these Matters.

The Plaintiff Now Turns to the Puco Pros. Atty Office. on Cases 99-282 and 2000-232.

(31)

When Charles Young Filed His "State Habeas" Habeas @ Petition on 4-25-2002 with the Prosecutors Office, He also Enclosed a Seperate letter inquiring about Both Cases. Remember that Charles Young was Served with Probation Revocation Warrants on Both Cases, on 7-19-01 and 9-7-01 Respectively.

Under AR A.C.A. Code the Prosecuting Attorney has One Year From the Date of Arrest, to bring the Defendant to trial, In this case it would Mean that 7-19-02 and 9-7-02 Would Be the Cut-Off Dates.

However, the Pros Atty Still had the threat of of Filing a New Warrant for Probation Revocation For Failure to Pay Restitution on Both Cases, hanging Over Charles Young's head. He couldn't very well Pay Restitution and Be in Jail at the Same Time.

As of May 24, 2004 the Puco Pros. Atty Has Never Answered that Letter.

Charles Young Could Not File a "State
Action" or "Federal Action." Based on
the threat of "BC Probation Revocation"
if He Did.

In May of 2004 the Court of Appeals
For the State of AR Forever Removed
that Bar or threat.

In Roberts vs the State of AR, Judge
KAREN Baker wrote that: "even the Under-
lying Charges or New Charges Would have
to be tried in One Year."

If the Prosecutor was going to File
a New Charge of Probation Revocation For
Failure to Make Restitution on Case 99-282
or 2000-232, he would have had to
Do So By 1 year From the Date
In Which I wrote them, or 4-25-03.
In any event Charles Young is entitled
to an absolute Bar to any Further
Prosecution on Cases # 99-282 BC And
#2000-232 from Pulaski County Circuit
Court, As of May 14, 2004.

33

In Any Event Charles Young Filed a "Federal Habeas", under Case # 5:04 CV 076 Young vs Norris in February 2004, which is ~~One the 04~~ Less than One Year From the Date in Which the Impediment was Removed.

Finally — One Has to Ask the Question — Was Little Rock Police or the Drug Task Force, along with the Prosecutors Ofc., Decling to Charge Regina Young, Pedgett, Osburn, Matthews with Crimes against Charles + Angela Young, her Parents? If So, Why?

The Plantiff is also Interested in Why Regina is allowed to Abuse and Harrass Her Mother, to this Date?

The Answer to Both Questions is Obvious —— Regina is a Valuable "Drug Informant, (or Was at the Time) — To Arrest Her Would Require that to Many Cases ~~It~~ under Investigation Would Be Blown —— To Arrest Her Would Destroy Her Credibility as a Prosecution Witness.

# Charles Young's Prayer For Relief

(A) FOR WRONGFUL & FALSE IMPRISONMENT:
$ 1,606,550.00 up to 6-30-2004
$ 1550.00 Per Day, For Every Day
afterwards.

(B) For all other Constitutional & Civil Rights
Violations — $ 750,000.00

(C) Loss of Wages — $ 103,500.00 (2001-2004)

(D) Loss of Retirement Benefits — $ 350,000.00

(E) All Legal Court Costs and Attorney Fees.

(F) Loss of Property — 33,500.00

Wherefore Charles Young Prays for the
above listed Relief — JOINTLY AND SEVERALLY
FROM EACH DEFENDANT — Any other Proper
And Just Relief to Which He is
ENTITLED. ALSO TRIAL BY JURY.

A F F I D A V I T

STATE OF ARKANSAS            )
                            )
COUNTY OF _JEFFERSON_____    )


I, _Charles D. Young_____, after first being duly
sworn, do hereby swear, depose and state that: There are 34 Pages attach
ed to this affidavit, which constitues
the entire Written Complaint. THERE IS
ALSO A Part B Defendants LISTING ENCLOSED.

A FACE Page
and a 4 pg
"Foreword were
added — TL
39 Pages

    I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

7206 WEST 7th ST      NAME: _CHARLES D. YOUNG "Pro Se"_
ADC # 120971
Pine Bluff, AR        DATE: _6-7-2004_
        71603-1483    _Charles D. Young_
                                SIGNATURE

    Subscribed and sworn to before me this __7th__
                                                day of
_June_____, 20 _04_

LT. JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 1-03-2005

My Commission Expires: _1-30-2005_

_James D Ashcraft_
        NOTARY PUBLIC

ADC-CDC—1402